BARNET ABEL, ET AL. *v.* WILLIAM PAUL CECIL, ET AL., COUNTY COMMISSIONERS OF ST. MARY'S COUNTY

[No. 41, January Term, 1944.]

*Decided February 3, 1944.*

No brief filed, but *Carman & Anderson, Ed. D. Martin, A. Kingsley Love* and *Paul J. Bailey* appeared for the appellants.

*Philip H. Dorsey* submitted on brief for the County Commissioners of St. Mary's County.

The following opinion was delivered *Per Curiam*:

The same question presented in the above-entitled case having been submitted, argued and decided in *County Commissioners of Anne Arundel County v. English,* 182 Md. 514, 35 A. 2d 135, in which the appellee in this case, with the permission of this court, adopted the brief of *amici curiæ* on behalf of County Commissioners of Baltimore County, and one of its counsel having argued the appeal on behalf of Anne Arundel County, and this appeal having been submitted by counsel for all parties for such action as this court may consider proper, the decree appealed from will be reversed.

*Decree reversed, with costs.*